**SEALED**

1  MICHELE BECKWITH
   Acting United States Attorney
2  ARIN C. HEINZ
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for Plaintiff
6  United States of America

<div style="border:1px solid black; display:inline-block; padding:4px; text-align:center">

**FILED**

**Feb 13, 2025**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

</div>

7

8                IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 In the Matter of the Search of:          CASE NO.  1:25-mj-00011-SKO

12 Alejandro OROZCO-Ochoa,                   SEALING ORDER
   aka Antonio REYES,
   aka Felix GODINEZ-REYES                   **UNDER SEAL**
13

14

15

16

17

18                        **S E A L I N G   O R D E R**

19     Upon Application of the United States of America and good cause having been shown,

20     IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered,

21 SEALED until further order of this Court.

22

23  Dated:  2/13/2025                        _Sheila K. Oberto_
                                             Hon. Sheila K. Oberto
24                                           U.S. MAGISTRATE JUDGE

25

26

27

                                   1